# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
New Bern Division

| | |
|---|---|
| BRIANA PAULL, individually; <br> BRIANA PAULL, as guardian of A.P., A.P., R.K. Jr., and A.F., her minor children; <br> and BRIANA PAULL, as class representative on behalf of the class defined herein, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE TOWN OF HOLLY RIDGE; <br> HOLLY RIDGE HOUSING AUTHORITY; <br> THE PENDERGRAPH COMPANIES, LLC; <br> PENDERGRAPH PROPERTIES, LLC; <br> FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10, <br><br> *Defendant(s)* | Civil Action No. 23-CV- |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        The Town of Holly Ridge
        212 North Dyson Street
        Holly Ridge, North Carolina 28445

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anna Majestro <br> Benjamin Chesson <br> Doug Grimes <br> David Allen <br> Allen Chesson and Grimes PLLC <br> 505 North Church Street <br> Charlotte, North Carolina 28202 | David S. Miller Jr. (pro hac forthcoming) <br> Miller Law, LLC <br> 81 Columbus Street, Unit A <br> Charleston South Carolina 29403 | Anthony J. Majestro (pro hac forthcoming) <br> Powell & Majestro PLLC <br> 405 Capitol Street, Suite P-1200 <br> Charleston, West Virginia 25301 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                      *CLERK OF COURT*

Date: _____

                                      *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print     Save As...     Reset