IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-196-M-RJ

| | |
|---|---|
| BRIANA PAULL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE TOWN OF HOLLY RIDGE, ) | |
| ) | |
| Defendants. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Richard E. Myers II, Chief United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 7:23-CV-1625-M-RJ.** No further filing shall be made in 4:23-CV-96-M-RJ.

SO ORDERED. This 28th day of November, 2023.

/s/ Peter A. Moore, Jr.
Clerk of Court