AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
~~New Bern~~ Southern Division

BRIANNA PAUL, individually;
BRIANNA PAUL, as guardian of A.P., A.P., R.K. Jr., and A.F., her minor children
and BRIANNA PAUL, as class representative on behalf of the class defined herein,

    *Plaintiff(s)*

v.

THE TOWN OF HOLLY RIDGE;
HOLLY RIDGE HOUSING AUTHORITY;
THE PENDERGRAPH COMPANIES, LLC;
PENDERGRPAH PROPERTIES, LLC;
FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10,

    *Defendant(s)*

Civil Action No. 7:23-CV-1625-M-RJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Frankie W. Pendergraph
    Pendergraph Management, LLC
    Post Office Box 19691
    Raleigh, North Carolina 27619

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anna Majestro<br>Benjamin Chesson<br>Doug Grimes<br>David Allen<br>Allen Chesson and Grimes PLLC<br>505 North Church Street<br>Charlotte, North Carolina 28202 | David S. Miller Jr. (pro hac forthcoming)<br>Miller Law, LLC<br>81 Columbus Street, Unit A<br>Charleston, South Carolina 29403 | Anthony J. Majestro (pro hac forthcoming)<br>Powell & Majestro PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, West Virginia 25301 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
~~New Bern~~ Southern Division

BRIANNA PAUL, individually;
BRIANNA PAUL, as guardian of A.P., A.P., R.K. Jr., and A.F., her minor children;
and BRIANNA PAUL, as class representative on behalf of the class defined herein,

Plaintiff(s)

v.

THE TOWN OF HOLLY RIDGE;
HOLLY RIDGE HOUSING AUTHORITY;
THE PENDERGRAPH COMPANIES, LLC;
PENDERGRAPH PROPERTIES, LLC;
FRANKIE W. PEDNDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10,

Defendant(s)

Civil Action No. 7:23-cv-1625-M-RJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Holly Ridge Housing Authority
Circle Drive #H1
Holly Ridge, North Carolina 28445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Majestro
Benjamin Chesson
Doug Grimes
David Allen
Allen Chesson and Grimes PLLC
505 North Church Street
Charlotte, North Carolina 28202

David S. Miller Jr. (pro hac forthcoming)
Miller Law, LLC
81 Columbus Street, Unit A
Charleston, South Carolina 29403

Anthony J. Majestro (pro hac forthcoming)
Powell & Majestro PLLC
405 Capitol Street, Suite P-1200
Charleston, West Virginia 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

Signature of Clerk or Deputy Clerk

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

~~New Bern Division~~ Southern

BRIANNA PAUL, individually; )
BRIANNA PAUL, as guardian of A.P., A.P., R.K. Jr., and )
A.F., her minor children; )
and BRIANNA PAUL, as class representative on behalf of the )
case defined herein, )
)
Plaintiff(s) )
v. )   Civil Action No. 7:23-cv-1625-M-RJ
)
THE TOWN OF HOLLY RIDGE; )
HOLLY RIDGE HOUSING AUTHORITY; )
THE PENDERGRAPH COMPANIES, LLC; )
PENDERGRAPH PROPERTIES, LLC; )
FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 )
through 10, )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Pendergraph Companies, LLC
3924 Browning Place
Raleigh, North Carolina 27609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anna Majestro<br>Benjamin Chesson<br>Doug Grimes<br>David Allen<br>Allen Chesson and Grimes PLLC<br>505 North Church Street<br>Charlotte, North Carolina 28202 | David S. Miller Jr. (pro hac forthcoming)<br>Miller Law, LLC<br>81 Columbus Street, Unit A<br>Charleston, South Carolina 29403 | Anthony J. Majestro (pro hac forthcoming)<br>Powell & Majestro PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, West Virginia 25301 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As    Reset

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina
~~New Bern D~~ivision
Southern

| | |
|---|---|
| BRIANNA PAUL, individually;<br>BRIANNA PAUL, as guardian of A.P., A.P., R.K. Jr., and A.F., her minor children;<br>~~and~~ BRIANNA PAUL, as class representative on behalf of the case defined herein,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE TOWN OF HOLLY RIDGE;<br>HOLLY RIDGE HOUSING AUTHORITY;<br>THE PENDERGRAPH COMPANIES, LLC;<br>PENDERGRAPH PROPERTIES, LLC;<br>FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:23-CV-1625-M-RJ<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pendergraph Properties, LLC
> 3924 Browning Place, Ste 1
> Raleigh, North Carolina 27609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anna Majestro<br>Benjamin Chesson<br>Doug Grimes<br>David Allen<br>Allen Chesson and Grimes PLLC<br>505 North Church Street<br>Charlotte, North Carolina 28202 | David S. Miller Jr. (pro hac forthcoming)<br>Miller Law, LLC<br>81 Columbus Street, Unit A<br>Charleston, South Carolina 29403 | Anthony J. Majestro (pro hac forthcoming)<br>Powell & Majestro PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, West Virginia 25301 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
~~New Bern~~ Division
Southern

| | |
|---|---|
| BRIANNA PAUL, individually;<br>BRIANNA PAUL, as guardian of A.P., A.P., R.K. Jr., and A.F., her minor children;<br>and BRIANNA PAUL, as class representative on behalf of the class defined herein,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE TOWN OF HOLLY RIDGE;<br>HOLLY RIDGE HOUSING AUTHORITY;<br>THE PENDERGRAPH COMPANIES, LLC;<br>PENDERGRAPH PROPERTIES, LLC;<br>FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 7:23-CV-1625-M-RJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    The Town of Holly Ridge
    212 North Dyson Street
    Holly Ridge, North Carolina 28445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anna Majestro<br>Benjamin Chesson<br>Doug Grimes<br>David Allen<br>Allen Chesson and Grimes PLLC<br>505 North Church Street<br>Charlotte, North Carolina 28202 | David S. Miller Jr. (pro hac forthcoming)<br>Miller Law, LLC<br>81 Columbus Street, Unit A<br>Charleston South Carolina 29403 | Anthony J. Majestro (pro hac forthcoming)<br>Powell & Majestro PLLC<br>405 Capitol Street, Suite P-1200<br>Charleston, West Virginia 25301 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: