IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:23-cv-01625-M-RJ

| | |
|---|---|
| BRIANA PAULL, INDIVIDUALLY;<br>BRIANA PAULL, as guardian of<br>A.P, A.P., R.K. Jr.,<br>and A.F., her minor children;<br>and BRIANA PAULL, as class representative<br>on behalf of the class defined herein,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE TOWN OF HOLLY RIDGE; *et al.*<br><br>    Defendants | **AMENDED NOTICE OF APPEARANCE**<br>**OF DAVID G. HARRIS II** |

PLEASE TAKE NOTICE that David G. Harris II of Goldberg Segalla LLP, an attorney admitted and authorized to practice in this Court, does hereby give Notice of Appearance as counsel of record for Defendants The Pendergraph Companies, LLC, Pendergraph Development, LLC and Frankie W. Pendergraph.

This the 18th day of January, 2024.

/s/ David G. Harris II
David G. Harris II
N.C. State Bar Number 35327
**GOLDBERG SEGALLA LLP**
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
Telephone: (336) 419-4900
Facsimile: (336) 419-4950
Email: dharris@goldbergsegalla.com

*Attorney for the Pendergraph Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, a copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel of record.

This the 18th day of January, 2024.

/s/ David G. Harris II
David G. Harris II
N.C. State Bar Number 35327
**GOLDBERG SEGALLA LLP**
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
Telephone:     (336) 419-4900
Facsimile:     (336) 419-4950
Email: dharris@goldbergsegalla.com

*Attorney for the Pendergraph Defendants*