IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:23-cv-01625-M-RJ

| | |
|---|---|
| BRIANA PAULL, INDIVIDUALLY;<br>BRIANA PAULL, as guardian of<br>A.P, A.P., R.K. Jr.,<br>and A.F., her minor children;<br>and BRIANA PAULL, as class representative<br>on behalf of the class defined herein,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE TOWN OF HOLLY RIDGE; *et al.*<br><br>    Defendants | **AMENDED NOTICE OF APPEARANCE<br>OF DAVID L. BROWN** |

  PLEASE TAKE NOTICE that David L. Brown of Goldberg Segalla LLP, an attorney admitted and authorized to practice in this Court, does hereby give Notice of Appearance as counsel of record for Defendants The Pendergraph Companies, LLC, Pendergraph Development, LLC and Frankie W. Pendergraph.

  This the 18th day of January, 2024.

                /s/ David L. Brown
                David L. Brown
                N.C. State Bar Number 18942
                **GOLDBERG SEGALLA LLP**
                701 Green Valley Road, Suite 310
                Greensboro, North Carolina 27408
                Telephone: (336) 419-4900
                Facsimile: (336) 419-4950
                Email: dbrown@goldbergsegalla.com

                *Attorney for the Pendergraph Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel of record.

This the 18th day of January, 2024.

/s/ David L. Brown
David L. Brown
N. C. State Bar #: 18942
**GOLDBERG SEGALLA LLP**
701 Green Valley Road, Suite 310
Greensboro, NC  27408
Telephone: (336) 419-4900
Facsimile: (336) 419-4950
Email: dbrown@goldbergsegalla.com

*Attorney for the Pendergraph Defendants*