IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 4:23-cv-1625-M-RJ

| | |
|---|---|
| BRIAN PAULL, ET AL., | ) |
| | ) |
| PLAINTIFFS. | ) |
| | ) |
| | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| v. | ) |
| | ) |
| THE TOWN OF HOLLY RIDGE, ET AL. | ) |

Please take notice that the undersigned David S. Miller Jr., Esquire hereby enters a notice of special appearance as attorney for plaintiffs in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Anna Majestro.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ David S. Miller Jr.

David S. Miller Jr.
MILLER LAW LLC
81 Columbus St. Charleston, SC 29403
843.822.1311
david@attorneymiller.com
SC Bar. No. 105033
Attorney for Plaintiffs


/s/ Anna Majestro

Anna Majestro
ALLEN, CHESSON & GRIMES
505 N. Church St. Charlotte, NC 28202
704-755-6012
amajestro@allenchesson.com
NC Bar. No. 50850
Local Civil Rule 83.1(d) Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 4:23-cv-1625-M-RJ

| | |
|---|---|
| BRIAN PAULL, ET AL., | ) |
| | ) |
| PLAINTIFFS. | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| THE TOWN OF HOLLY RIDGE, ET AL. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of March 2024, I electronically filed the foregoing Notice of Special Appearance with the Clerk of the Court and all parties using the CM/ECF system.

                                            *s/ David S. Miller Jr.*
                                            David S. Miller Jr. (SCSB 105033)