IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.7:23-CV-1625-M-RJ

| | |
|---|---|
| BRIANA PAULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE TO PLAINTIFF OF FAILURE |
| v. ) | TO MAKE SERVICE WITHIN 90 DAYS |
| ) | |
| THE TOWN OF HOLLY RIDGE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The docket in this action does not reflect that service has not been obtained upon defendant Holly Ridge Housing Authority within 90 days of the filing of the complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides that the action shall be dismissed without prejudice as to this defendant unless you can demonstrate good cause to the court why such service was not made within the prescribed time period. You must comply with this requirement within 14 days of receipt of this notice. At the end of this time period, the record will be forwarded to the presiding judge to whom this action is assigned for a determination of whether you have demonstrated good cause. Failure to respond to this notice within the time allotted will result in dismissal of defendant Holly Ridge Housing Authority without prejudice.

                                                                PETER A. MOORE, JR.

                                                         By: /s/ Kimberly R. McNally
                                                                 Deputy Clerk

Date: May 10, 2024