THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION
Civil Action No.: 7:23-cv-01625-M-RJ

BRIANNA PAULL, individually;
BRIANNA PAULL, as guardian of A.P., A.P., R.K., Jr., and A.F., her minor children; and
BRIANNA PAULL, as class representative on behalf of the class defined herein,

    Plaintiffs,

v.

THE TOWN OF HOLLY RIDGE; THE PENDERGRAPH COMPANIES, LLC; PENDERGRAPH DEVELOPMENT, LLC; FRANKIE W. PENDERGRAPH; and JOHN DOE CONTRACTORS 1 through 10,

    Defendants.

**DEFENDANT TOWN OF HOLLY RIDGE'S ANSWER TO CROSSCLAIM OF PENDERGRAPH DEFENDANTS**

NOW COMES the Town of Holly Ridge, North Carolina (the "Town"), a municipal corporation, by and through the undersigned counsel, preserving all immunities, defenses and rights and, pursuant to Rules 7 and 13(g) of the Federal Rules of Civil Procedure, hereby responding to the Crossclaim asserted by the Pendergraph Defendants against the Town (D.E. 27) as follows:

### **FIRST DEFENSE**

The Town responds to the allegations in the Crossclaim of the Pendergraph Defendants as follows:

1. The Town incorporates its Answer and Affirmative Defenses to the Amended Complaint as if fully set forth.

2. This paragraph is admitted.

1

3. As to the Management Agreement, such agreement is the best evidence of its contents. Except as admitted, this paragraph is denied.

4. This paragraph is denied.

5. This paragraph states a legal conclusion, and the law will be determined and applied by the Court. Except as admitted, denied.

6. This paragraph states a legal conclusion, and the law will be determined and applied by the Court. Except as admitted, denied.

7. This paragraph is denied.

8. Any and all allegations contained in any paragraph not hereinabove specifically addressed are, as they relate to the Town, respectfully denied.

## **SECOND DEFENSE**

1. The Town incorporates all prior defenses as if fully set forth.

2. The Town filed suit against Pendergraph Management LLC and Frankie Pendergraph ("Pendergraph Defendants" for purposes of this Second Defense) in Onslow County Superior Court (23 CVS 3648; the "State Court Action") on December 21, 2023.

3. The Town asserted claims for breach of contract, negligence, breach of fiduciary duty, conversion, unfair and deceptive trade practices, and for a temporary restraining order against the Pendergraph Defendants in the State Court Action.

4. To the extent the claims against the Pendergraph Defendants by the Town in the State Court Action need to be asserted in the present suit, the Town incorporates by reference, as if fully set forth here, its claims against the Pendergraph Defendants asserted in the State Court Action.

# THIRD DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. The alleged injuries and damages of the Pendergraph Defendants were not caused by any unlawful or improper action of the Town and its public officials and employees.

3. The Pendergraph Defendants breached the Management Agreement in the following ways, among others:

   a. Failing to properly maintain and repair the units at Holly Plaza;

   b. Failing to supervise the contractors who repaired the units at Holly Plaza;

   c. Failing to retain properly licensed contractors to conduct repairs at Holly Plaza;

   d. Failing to conduct inspections of the units at Holly Plaza;

   e. Failing to assure that units with Holly Plaza are safe and habitable;

   f. Failing to properly respond to residents' complaints and concerns related to the units at Holly Plaza;

   g. Failing to properly respond and remediate water intrusions at Holly Plaza;

   h. Threatening residents with eviction based solely on the fact that the residents complained about the conditions of the units at Holly Plaza;

   i. Failing to properly maintain financial records; and

   j. Failing to turn over all of the funds, checks, and the books and records related to Holly Plaza after termination of the Management Agreement and providing access to the Town's bank accounts controlled by Pendergraph Management LLC.

4. The Pendergraph Defendants are not entitled to indemnity and/or contribution from the Town, which is pleaded in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## FOURTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. The conduct of the Pendergraph Defendants, including its employees, agents, and contractors, set forth above, constitutes gross negligence and willful misconduct, as discussed in the Management Agreement, which shall be further proven in discovery and at the trial of this matter.

3. The Pendergraph Defendants are not entitled to indemnity and/or contribution from the Town, which is pleaded in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## FIFTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. At all times applicable, the Town complied with the instruction and direction of the government of the United States, including but not necessarily limited to the Department of Housing and Urban Development ("HUD") said acquiescence and compliance including allowing access to the Holly Plaza property for regular inspection by HUD, federal or other government officials that, upon information and belief, determined the property in compliance with all applicable federal regulations or guidelines, which is pleaded in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## SIXTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. Any claim based upon, arising from or related to a contract with the Town that does not contain a pre-audit certificate in conformance with N.C. Gen. Stat. §159-28(a)(1) is

4

invalid and unenforceable, and the requirements of N.C. Gen Stat. §159-28 are hereby pleaded in bar of all, or any as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## SEVENTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. The Town pleads doctrines of Estoppel, Unclean Hands, Waiver, Consent and other equitable defenses or limitations in bar of all, or any as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## EIGHTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. The Town pleads all terms, conditions precedent, exclusions, and all other limitations contained in the Management Agreement dated May 1, 2019, attached to the Affidavit of Heather Reynolds (D.E. 29) as "Exhibit D," in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## NINTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. The Town pleads all terms, conditions precedent, exclusions, and all other limitations contained in the Management Plan dated May 1, 2019, attached to the Affidavit of Heather Reynolds (D.E. 29) as "Exhibit E," in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## TENTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. If the conduct of the Town and/or its representatives was wrongful or negligent in any of the manners as alleged in the Amended Complaint, which is again specifically denied, and

such conduct was passive and insulated by the active, intervening and superseding acts and/or omissions of other parties, including but not limited to the Pendergraph Defendants.

3. The active, intervening, superseding acts and/or omissions of other parties, including but not limited to the Pendergraph Defendants, breaks the chain of proximate causation with respect to any act or omission of the Town and/or its officials, which is specifically pleaded in bar of all, or any part as applicable, of the Crossclaim asserted by the Pendergraph Defendants.

## ELEVENTH DEFENSE

1. The Town incorporates all prior defenses as if fully set forth.

2. At all times applicable, and subsequent thereto, the Pendergraph Defendants have, upon information and belief, taken affirmative action and/or failed to take certain other action which would have mitigated the alleged, but denied, damages and their failure to mitigate their damages is specifically pleaded in bar of all, or any part as applicable, of the crossclaim asserted against the Town.

WHEREFORE, the Town of Holly Ridge, North Carolina, a municipal corporation, respectfully prays the Court for the following relief:

1. That the Pendergraph Defendants crossclaim against the Town be dismissed;
2. That the Pendergraph Defendants have and recover nothing of the Town;
3. For a jury trial on issues triable by a jury; and
4. For such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 3rd day of November, 2025.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No. 13484
jnellis@poynerspruill.com
Sydney P. Davis
N.C. State Bar No. 58038
sdavis@poynerspruill.com
P.O. Box 353
Rocky Mount, NC 27802-0353
Telephone: 252.446.2341
Facsimile: 919.783.1075
*Attorneys for The Town of Holly Ridge*

**CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC**

Clay Allen Collier
clayc@cmclawfirm.com
Norwood P. Blanchard, III
norwood@cmclawfirm.com
5002 Randall Parkway
Wilmington, NC 28403
Telephone:910-762-9711
Fax: 910-256-0310
*Attorneys for The Town of Holly Ridge*

7

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

Respectfully submitted, this 3rd day of November, 2025.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No. 13484
jnellis@poynerspruill.com
Sydney P. Davis
N.C. State Bar No. 58038
sdavis@poynerspruill.com
P.O. Box 353
Rocky Mount, NC 27802-0353
Telephone: 252.446.2341
Facsimile: 919.783.1075
*Attorneys for The Town of Holly Ridge*

**CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC**

Clay Allen Collier
clayc@cmclawfirm.com
Norwood P. Blanchard, III
norwood@cmclawfirm.com
5002 Randall Parkway
Wilmington, NC 28403
Telephone:910-762-9711
Fax: 910-256-0310
*Attorneys for The Town of Holly Ridge*